IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CAROL JNO BAPTISTE | * | |
| Plaintiff | * | |
| v | * | Civil Action No. JKB-14-0023 |
| ERIN M. BRADY, et al., | * | |
| Defendants | * | |

***

## ORDER

On January 30, 2014, this court issued an order denying plaintiff's motion for leave to proceed in forma pauperis and directing plaintiff to pay the full filing fee within 21 days of the date of the Order. ECF No. 6. Plaintiff has filed nothing further in the case.

Accordingly, it is this 26 day of Feb., 2014, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Complaint IS DISMISSED without prejudice;
2. The Clerk IS DIRECTED to MAIL a copy of this order to plaintiff; and
3. The Clerk IS FURTHER DIRECTED to CLOSE this case.

James K. Bredar
United States District Judge